**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:18-cr-00116-MR-WCM**
**CRIMINAL CASE NO. 1:19-mj-00046-MR-WCM**

IN RE: TRIAL SUBPOENA  TO     )
                              )
SHIRA LYNN LITTLEJOHN         )        ORDER OF CONTEMPT
                              )
_____ )

     **THIS MATTER** came before the Court for hearing on March 26, 2019, on the Government's Motion for an Order to show cause why **SHIRA LYNN LITTLEJOHN** should not be held in contempt for failing to appear before the United States District Court for the Western District of North Carolina, Asheville Division, on Monday, March 4, 2019.

     For the reasons stated by the Government in open court, and for cause shown,

     **IT IS, THEREFORE, ORDERED** that the witness, Shira Lynn Littlejohn, is hereby found to be **IN CONTEMPT**, and she is **HEREBY ORDERED** to be held pending the anticipated trial of Derek Wilson Driver. It is expected that Ms. Littlejohn, who is currently in tribal court custody, shall remain in tribal court custody during the pendency of the Driver matter; however, if Ms. Littlejohn's tribal custody status should change prior to the

resolution of Mr. Driver's trial, she will be entitled to a bond hearing before this Court.

**IT IS SO ORDERED.**

Signed: April 3, 2019

Martin Reidinger
United States District Judge