# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:19 MJ 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATERIAL WITNESS | ) | |
| _____ | ) | |

This matter is before the Court on the Motion to Release Witness from Conditions (Doc. 12) filed by counsel for Shira Lynn Littlejohn.

In light of the guilty plea of Derek Wilson Driver in 1:19-CR-29 that has now been accepted by this Court and that remains pending for consideration by the District Court, and further upon the Government's Notice of Release from Subpoena (Doc. 11), the Motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Release Witness from Conditions (Doc. 12) is **GRANTED** and

2. This Court's Order of July 19, 2019, as amended on July 23, 2019, is **TERMINATED** and the conditions imposed on Ms. Littlejohn are **DISCONTINUED**.

Signed: August 27, 2019

W. Carleton Metcalf
United States Magistrate Judge